**Last revised 8/1/15**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:
Craig R. Hughes, Jr. & Michelle L, Hughes

Case No.: _____16-14170_____

Judge: _____JNP_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required  ☒ Discharge Sought

☐ Motions Included  ☐ Modified/No Notice Required  ☐ No Discharge Sought

Date: _____June 16, 2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1:    Payment and Length of Plan |
|---|

a. The debtor shall pay $ ____210.00____ per ____month____ to the Chapter 13 Trustee, starting on ____April 1, 2016____ for approximately ____36____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

1

    c. Use of real property to satisfy plan obligations:

       ☐ Sale of real property
         Description:

         Proposed date for completion: _____

       ☐ Refinance of real property:
         Description:
         Proposed date for completion: _____

       ☐ Loan modification with respect to mortgage encumbering property:
         Description:
         Proposed date for completion: _____

    d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2:    Adequate Protection

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Hoffman DiMuzio | Administrative | $3,575.00 |

### Part 4:    Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Credit Acceptance | 2003 Dodge Ram | $840.00 | 0% | 100% of arrears | $420.00 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Bank of America Home Loans | Residence | $140,000.00 | $159,222.99 |

3

    **d. Secured Claims Unaffected by the Plan**

        The following secured claims are unaffected by the Plan:
        None

    **e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| None | | |

## Part 5: Unsecured Claims

    **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

    ☐ Not less than $ _____ to be distributed *pro rata*

    ☐ Not less than _____ percent

    ☒ *Pro Rata* distribution from any remaining funds

    **b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None | | | |

## Part 6: Executory Contracts and Unexpired Leases

    All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| None | | |

**Part 7:    Motions**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   **a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

   **b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| None | | |

   **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| None | | | |

**Part 8:    Other Plan Provisions**

    **a. Vesting of Property of the Estate**

        ☐ Upon confirmation

        ☒ Upon discharge

    **b. Payment Notices**

    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c. Order of Distribution**

    The Trustee shall pay allowed claims in the following order:

        1) Trustee commissions

        2) Administrative Expenses

        3) Priority Claims

        4) Unsecured Claims

    **d. Post-Petition Claims**

    The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

    If this Plan modifies a Plan previously filed in this case, complete the information below.

    Date of Plan being Modified: _____March 7, 2016_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Reflect Bank of America Home Loans receiving Stay Relief. | Part 1(c) - Remove Loan Modification.<br>Part 2(b) - Remove adequate protection payments being made to Bank of America Home Loans.<br>Part 4(c) - Reflect surrender of real estate. |

    Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: June 16, 2017                                   /s/ Richard S. Hoffman, Jr.
                                                      Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: June 16, 2017                                   /s/ Craig R. Hughes, Jr.
                                                      Debtor

Date: June 16, 2017                                   /s/ Michelle L. Hughes
                                                      Joint Debtor

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                    Case No. 16-14170-JNP
Craig R. Hughes, Jr.                                                      Chapter 13
Michelle L. Hughes
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                   Page 1 of 2                   Date Rcvd: Jun 19, 2017
                              Form ID: pdf901               Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2017.
db/jdb         +Craig R. Hughes, Jr.,   Michelle L. Hughes,   109 Dealtown Road,   Pittsgrove, NJ 08318-3817
cr            ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,    25505 W. 12 Mile Road,
                Southfield, MI   48034-1846)
cr             +NATIONSTAR MORTGAGE LLC,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
516041728      +After Disaster Housing Corp.,   Attn: Shamy, Shipers & Lonski, PC,   251 Livikngston Avenue,
                New Brunswick, NJ 08901-3055
516041730       Bank of America Home Loans,   PO Box 5170,   Simi Valley, CA 93062-5170
516041731      +Bridgeton P&H Supply Co.,   756 N. Pearl Street,   PO Box 397,   Bridgeton, NJ 08302-0307
516052983      +CREDIT ACCEPTANCE CORP,   25505 WEST 12 MILE RD,   SOUTHFIELD , MI 48034-8316
516041732       Capital One Bank,   PO Box 30285,   Salt Lake City, UT 84130-0285
516273815       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516041734      +Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
516041735       Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
516041736       Credit Acceptance Corp,   PO Box 551888,   Detroit, MI 48255-1888
516041737      +Fein Such Kathn & Shepard, PC,   7 Century Drive,   Suite 201,   Parsippany, NJ 07054-4673
516041739      +First Premier Bank,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
516041740      +Midland Credit Mgt. Inc.,   PO Box 2121,   Warren, MI 48090-2121
516178990      +Midland Funding, LLC,   P.O. Box 2011,   Warren, MI 48090-2011
516084837      +NJM Ins. Group,   301 Sullivan Way,   West Trenton, NJ 08628-3406
516580943      +Nationstar Mortgage, LLC,   Robertson, Anschutz & Schneid P.L.,   Bankruptcy Department,
                6409 Congress Ave. Suite 100,   Boca Raton, FL 33487-2853
516041742      +New Jersey Manufacturers Inc.,   Attn: Covergent Commercial Inc.,   925 Westchester Avenue,
                Suite 101,   White Plains, NY 10604-3562
516307913      +ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,   BANKRUPTCY DEPARTMENT,   6409 CONGRESS AVE., SUITE 100,
                BOCA RATON, FL 33487-2853
516041744       South Jersey Gas Co.,   PO Box 6091,   Bellmawr, NJ 08099-6091
516041747      +TD Bank USA/Target Credit Card,   PO Box 673,   Minneapolis, MN 55440-0673
516041749      +Verizon,   500 Technology Drive,   Suite 300,   Weldon Spring, MO 63304-2225
516041750       Wallace Supply Copmany,   108 S. W. Blvd & Elmer Street,   Vineland, NJ 08360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2017 22:06:26     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2017 22:06:23     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516173911       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2017 22:11:54
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
516041729       E-mail/Text: bankruptcy@pepcoholdings.com Jun 19 2017 22:06:10
                Atlantic City Electric Company,   Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                Carneys Point, NJ  08069-3600
516041733      +E-mail/Text: bankruptcy@cavps.com Jun 19 2017 22:06:38     Cavalry Portfolio Service,
                500 Summit Lake Drive,   Valhalla, NY 10595-2322
516135942      +E-mail/Text: bankruptcy@cavps.com Jun 19 2017 22:06:38     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516041738      +E-mail/Text: bknotices@fenton-mcgarvey.com Jun 19 2017 22:05:48     Fenton McGarvey Law Firm,
                2401 Stanley Gault Parkway,   Louisville, KY 40223-4175
516041741      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2017 22:06:22     Midland Funding, LLC,
                8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
516041743       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2017 22:12:43
                Portfolio Recovery Associates, LLC,   120 Corporate Blvd,   Norfolk, VA 23502
516259083      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 19 2017 22:06:36     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516269877       E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2017 22:06:18
                Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                Kirkland, WA  98083-0788
516041745       E-mail/Text: bankruptcy@sw-credit.com Jun 19 2017 22:06:27     Southwest Credit,
                4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
516041746       E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2017 22:12:49     Synchrony Bank/Walmart,
                PO Box 965050,   Orlando, FL 32896-5060
516249176      +E-mail/Text: bncmail@w-legal.com Jun 19 2017 22:06:32     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516041748      +E-mail/Text: bankruptcy@td.com Jun 19 2017 22:06:30     TD Bank, N.A.,   PO Box 9547,
                Portland, ME 04112-9547
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0312-1         User: admin              Page 2 of 2                  Date Rcvd: Jun 19, 2017
                             Form ID: pdf901          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Justin  Plean    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
          Richard S. Hoffman, Jr.    on behalf of Debtor Craig R. Hughes, Jr. rshoffman@hoffmandimuzio.com,
           lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
          Richard S. Hoffman, Jr.    on behalf of Joint Debtor Michelle L. Hughes
           rshoffman@hoffmandimuzio.com,   lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
          Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                             TOTAL: 10
```