Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.:  16−14170−JNP
                                      Chapter:  13
                                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig R. Hughes Jr.                                Michelle L. Hughes
   109 Dealtown Road                              109 Dealtown Road
   Pittsgrove, NJ 08318                            Pittsgrove, NJ 08318
Social Security No.:
   xxx−xx−4496                                            xxx−xx−0006
Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 26, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 26, 2018
JAN: cmf

                                                                           Jeanne Naughton
                                                                           Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                      Case No. 16-14170-JNP
Craig R. Hughes, Jr.                                        Chapter 13
Michelle L. Hughes
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 2        Date Rcvd: Jun 26, 2018
                               Form ID: 148                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db/jdb         +Craig R. Hughes, Jr.,    Michelle L. Hughes,    109 Dealtown Road,    Pittsgrove, NJ 08318-3817
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance Corporation,     25505 W. 12 Mile Road,
                Southfield, MI   48034-1846)
516041728      +After Disaster Housing Corp.,    Attn: Shamy, Shipers & Lonski, PC,    251 Livikngston Avenue,
                New Brunswick, NJ 08901-3055
516041731      +Bridgeton P&H Supply Co.,    756 N. Pearl Street,    PO Box 397,    Bridgeton, NJ 08302-0307
516052983      +CREDIT ACCEPTANCE CORP,    25505 WEST 12 MILE RD,    SOUTHFIELD , MI 48034-8316
516041735       Comcast,    PO Box 3002,   Southeastern, PA 19398-3002
516041736       Credit Acceptance Corp,    PO Box 551888,   Detroit, MI 48255-1888
516041737      +Fein Such Kathn & Shepard, PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
516084837      +NJM Ins. Group,    301 Sullivan Way,   West Trenton, NJ 08628-3406
517126521      +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Ste 100,
                Boca Raton, FL 33487-2853
516580943      +Nationstar Mortgage, LLC,    Robertson, Anschutz & Schneid P.L.,    Bankruptcy Department,
                6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
516041742      +New Jersey Manufacturers Inc.,    Attn: Covergent Commercial Inc.,    925 Westchester Avenue,
                Suite 101,    White Plains, NY 10604-3562
516307913      +ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    BANKRUPTCY DEPARTMENT,    6409 CONGRESS AVE., SUITE 100,
                BOCA RATON, FL 33487-2853
516041744       South Jersey Gas Co.,    PO Box 6091,   Bellmawr, NJ 08099-6091
516041750       Wallace Supply Copmany,    108 S. W. Blvd & Elmer Street,    Vineland, NJ 08360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2018 23:58:01      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2018 23:57:58      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516173911       EDI: AIS.COM Jun 27 2018 03:28:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK 73124-8838
516041729       E-mail/Text: bankruptcy@pepcoholdings.com Jun 26 2018 23:57:21
                Atlantic City Electric Company,    Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                Carneys Point, NJ 08069-3600
516041730       EDI: BANKAMER.COM Jun 27 2018 03:28:00      Bank of America Home Loans,    PO Box 5170,
                Simi Valley, CA 93062-5170
516041732       EDI: CAPITALONE.COM Jun 27 2018 03:28:00      Capital One Bank,    PO Box 30285,
                Salt Lake City, UT 84130-0285
516273815       EDI: CAPITALONE.COM Jun 27 2018 03:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
516041733      +E-mail/Text: bankruptcy@cavps.com Jun 26 2018 23:58:19      Cavalry Portfolio Service,
                500 Summit Lake Drive,    Valhalla, NY 10595-2322
516135942      +E-mail/Text: bankruptcy@cavps.com Jun 26 2018 23:58:19      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516041734      +EDI: CHASE.COM Jun 27 2018 03:28:00      Chase/Bank One Card Serv,    PO Box 15298,
                Wilmington, DE 19850-5298
516041738      +E-mail/Text: bknotices@fenton-mcgarvey.com Jun 26 2018 23:56:52      Fenton McGarvey Law Firm,
                2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
516041739      +EDI: AMINFOFP.COM Jun 27 2018 03:28:00      First Premier Bank,    3820 N. Louise Avenue,
                Sioux Falls, SD 57107-0145
516041740      +EDI: MID8.COM Jun 27 2018 03:28:00      Midland Credit Mgt. Inc.,    PO Box 2121,
                Warren, MI 48090-2121
516041741      +EDI: MID8.COM Jun 27 2018 03:28:00      Midland Funding, LLC,    8875 Aero Drive,   Suite 200,
                San Diego, CA 92123-2255
516178990      +EDI: MID8.COM Jun 27 2018 03:28:00      Midland Funding, LLC,    P.O. Box 2011,
                Warren, MI 48090-2011
516041743       EDI: PRA.COM Jun 27 2018 03:28:00      Portfolio Recovery Associates, LLC,    120 Corporate Blvd,
                Norfolk, VA 23502
516259083      +EDI: JEFFERSONCAP.COM Jun 27 2018 03:28:00      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516269877       EDI: Q3G.COM Jun 27 2018 03:33:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
516041745       EDI: SWCR.COM Jun 27 2018 03:28:00      Southwest Credit,    4120 International Parkway,
                Suite 1100,    Carrollton, TX 75007-1958
516041746       EDI: RMSC.COM Jun 27 2018 03:28:00      Synchrony Bank/Walmart,    PO Box 965050,
                Orlando, FL 32896-5060
516041748       EDI: TDBANKNORTH.COM Jun 27 2018 03:28:00      TD Bank, N.A.,    PO Box 9547,
                Portland, ME 04112
516249176      +E-mail/Text: bncmail@w-legal.com Jun 26 2018 23:58:11      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516041747      +EDI: WTRRNBANK.COM Jun 27 2018 03:28:00      TD Bank USA/Target Credit Card,    PO Box 673,
                Minneapolis, MN 55440-0673
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jun 26, 2018
                              Form ID: 148             Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516041749      +EDI: VERIZONCOMB.COM Jun 27 2018 03:33:00      Verizon,   500 Technology Drive,   Suite 300,
                Weldon Spring, MO 63304-2225
                                                                                            TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +NATIONSTAR MORTGAGE LLC,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    NATIONSTAR MORTGAGE LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin M. Buttery    on behalf of Creditor    Nationstar Mortgage LLC bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Craig R. Hughes, Jr. rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Michelle L. Hughes
               rshoffman@hoffmandimuzio.com,  lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
              Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                             TOTAL: 11
```