UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)
HOFFMAN DiMUZIO
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856)-803-5800
Attorneys for Debtor(s)

In Re:

CRAIG R. HUGHES, JR.
MICHELLE L. HUGHES

**Order Filed on June 26, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-14170

Chapter: 13

Hearing Date: 

Judge: JNP

**ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: June 26, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 16-14170-JNP Doc 48 Filed 06/28/18 Entered 06/29/18 00:41:55 Desc Imaged
Certificate of Notice Page 2 of 4
Case 16-14170-JNP Doc 45-1 Filed 06/25/18 Entered 06/25/18 15:33:02 Desc Proposed Order to Dismiss Chapter 13 Bankruptcy Case Page 2 of 3

**Page 2**

    This matter having come before the Court on Motion/Application of \_\_\_Craig & Michelle Hughes\_\_\_, for an Order Dismissing/Converting Debtor's case, and good cause having been shown, it is hereby

    **ORDERED** as follows:

- ☒ case is dismissed.

- ☐ case is converted to a proceeding under Chapter 7.

- ☐ case is converted to a proceeding under Chapter 11.

- ☐ case is allowed to continue under Chapter 13 upon the following terms and conditions:

  - ☐ (a) payments to the Trustee shall continue in the amount of _____ dollars/month for an additional _____ months;

  - ☐ (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

  - ☐ (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payment, with Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case shall be dismissed;

  - ☐ (d) Other (ie, Counsel Fee Award or other relief to moving party)
    _____
    _____
    _____

Case 16-14170-JNP Doc 48 Filed 06/28/18 Entered 06/29/18 00:41:55 Desc Imaged
Certificate of Notice Page 3 of 4
Case 14-17014-NPO Doc 45 Filed 06/25/18 Entered 06/25/18 16:33:02 Desc
Proposed Order to Dismiss Chapter 13 Bankruptcy Case Page 3 of 3

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a)   $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b)   $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c)   Other: _____
_____
_____

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Craig R. Hughes, Jr.  
Michelle L. Hughes  
    Debtors

Case No. 16-14170-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 26, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
db/jdb      +Craig R. Hughes, Jr.,   Michelle L. Hughes,   109 Dealtown Road,   Pittsgrove, NJ 08318-3817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
          Joshua I. Goldman   on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Joshua I. Goldman   on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Justin Plean   on behalf of Creditor    NATIONSTAR MORTGAGE LLC jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
          Kevin M. Buttery   on behalf of Creditor    Nationstar Mortgage LLC bkyefile@rasflaw.com  
          Laura M. Egerman   on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
          Richard S. Hoffman, Jr.   on behalf of Debtor Craig R. Hughes, Jr. rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com  
          Richard S. Hoffman, Jr.   on behalf of Joint Debtor Michelle L. Hughes rshoffman@hoffmandimuzio.com,   lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com  
          Tammy L. Terrell   on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com  
                                                                                                                                        TOTAL: 11